UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

RICHARD O. TILLIS and
DALE W. TILLIS,

       Debtors.
_____/

Case No.: 3:13-bk-04604-PMG

Chapter 7

## NOTICE OF INTENT TO SELL
## PROPERTY OF THE ESTATE AT PRIVATE SALE

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and serve a copy on Jacob A. Brown, Esq., Akerman LLP, 50 North Laura Street, Suite 3100, Jacksonville, FL 32202; Aaron R. Cohen, Chapter 7 Trustee, P.O. Box 4218, Jacksonville, FL 32201-4218; and United States Trustee, 400 West Washington Street, Suite 1100, Orlando, FL 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C § 363(b), Federal Rule of Bankruptcy Procedure 6004, and M.D. FLA. L.B.R. 2002-4 and 6004-1, Aaron R. Cohen, as Chapter 7 Trustee (the "Trustee") will sell at private sale all interests of the bankruptcy estate (the "Estate") in the following described property:

> the Trustee's rights and the Estate's interests in certain real property located in Alachua County, Florida as more particularly described on Exhibit A attached hereto (the "Property").

The sale shall be to **EQUITY TRUST COMPANY CUSTODIAN FBO LAWTON SKIPPER IRA** (the "Purchaser"), for payment of **TWENTY-FIVE THOUSAND and NO/100 DOLLARS ($25,000.00)** (the "Purchase Price"), which shall be paid lump sum to the Trustee within forty (40) days of the date of this Notice. Payment(s) shall be made to **Aaron R. Cohen, Chapter 7**

{26920030;4}

**Trustee, and mailed to P.O. Box 4218, Jacksonville, Florida 32201-4218.** Upon receipt of the Purchase Price in good and sufficient funds, the Trustee will deliver to the Purchaser a trustee's deed in the form attached hereto and incorporated herein as Exhibit B (the "Trustee's Deed").

The Trustee will entertain higher bids for the purchase of the property described above. Such bids must be in writing and accompanied by a deposit of one hundred percent (100%) of the proposed higher purchase price. Any higher bid must be received by Aaron R. Cohen, as Trustee, at the address listed above no later than the close of business on twenty-one (21) days from the date of mailing as indicated below. If a bid is received, the Trustee will either conduct a telephone auction among the bidders on the earliest date the Trustee can arrange such auction, or seek an order for court approval of the offer he feels is the highest and best for the Estate. The Estate reserves the right, without penalty, to withdraw this offer of sale at any time, and any funds, bids or deposits received by the Trustee prior to the expiration of the twenty-one (21) day objection period shall be held in trust pending completion of the sale. This sale shall not become final until after the expiration of the twenty-one (21) day objection period set forth above, and/or a favorable disposition of any objections to the sale filed as outlined above. The Property is being sold subject to all liens and encumbrances of record, if any. The proceeds of the sale shall become property of the Estate and distributed according to 11 U.S.C. § 726. The Trustee has considered the tax consequences of the sale and believes that the sale is in the best interest of the Estate and recommends it to the creditors.

**The Property is being sold "as is, where is" with no warranties of any kind, "express, implied, or otherwise." It is the Purchaser's responsibility to examine title or otherwise identify any encumbrances on the Property not disclosed herein. To the extent that encumbrances not disclosed above exist, it is the Purchaser's responsibility to satisfy those encumbrances.**

I hereby acknowledge, accept and agree to the terms and conditions set forth in this Notice.

EQUITY TRUST COMPANY CUSTODIAN
FBO LAWTON SKIPPER IRA

Dated: 2 6 , 2014

By: _[signature]_
Name: Lawton L Skipper Jr
Its: _____

Date: February 10, 2014.                                AKERMAN LLP

By: /s/ Jacob A. Brown
    Jacob A. Brown
    Florida Bar No. 0170038
    Email: jacob.brown@akerman.com
    Katherine C. Fackler
    Florida Bar No. 0068549
    Email: katherine.fackler@akerman.com
    50 North Laura Street, Suite 3100
    Jacksonville, Florida 32202
    Telephone: (904) 798-3700
    Facsimile: (904) 798-3730

Attorneys for Aaron R. Cohen, Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 10th day of February, 2014, to:

Richard O. Tillis
9265 SW 151st Court
Lake Butler, FL 32054

Dale W. Tillis
9265 SW 151st Court
Lake Butler, FL 32054

Aaron R. Cohen, Chapter 7 Trustee
P.O. Box 4218
Jacksonville, FL 32201-4218

United States Trustee - JAX 13/7
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

Eugene H. Johnson, Esq.
Johnson Law Firm PA
300 W Adams Street, Ste 400
Jacksonville, FL 32202

Equity Trust Company Custodian FBO Lawton Skipper IRA
P.O. Box 451340
Westlake, OH 44145

Lawton Skipper, Jr.
122 SW 127th Street
Newberry, FL 32669

and all parties on the attached mailing matrix.

                                                /s/ Jacob A. Brown
                                                Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:13-bk-04604-PMG<br>Middle District of Florida<br>Jacksonville<br>Mon Feb 10 13:53:33 EST 2014 | CitiMortgage, Inc.<br>Law Offices of Daniel C. Consuegra<br>9204 King Palm Drive<br>Tampa, FL 33619-1328 | Dale W. Tillis<br>9265 SW 151st Court<br>Lake Butler, FL 32054-7568 |
| Richard O. Tillis<br>9265 SW 151st Court<br>Lake Butler, FL 32054-7568 | CitiMortgage, Inc.<br>P.O. Box 688971<br>Des Moines, IA 50368-8971 | Advanta Bank Corporation<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Advanta Bk<br>Po Box 31032<br>Tampa, FL 33631-3032 | Advanta Bk<br>Welsh and McKean Roads<br>Po Box 844<br>Spring House, PA 19477-0844 | American Express<br>P.o. Box 981537<br>El Paso, TX 79998-1537 |
| American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355-1245 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 |
| Branch B&t<br>Po Box 2306<br>Wilson, NC 27894-2306 | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Citimortgage Inc<br>Po Box 9438<br>Gaithersburg, MD 20898-9438 |
| Community State Bank<br>P.O. Box 460<br>Starke, FL 32091-0460 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 |
| Elixson Lumber<br>4874 W. SR 238<br>Lake Butler, FL 32054-5372 | FCCI<br>Workman's Comp<br>P.O. Box 58005<br>Sarasota, FL 34232-0801 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Florida Rock/Vulcan<br>P.O. Box 620000<br>STOP 9927<br>Orlando, FL 32891-0007 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | GECRB/JC Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| GECRB/JC Penny<br>Po Box 984100<br>El Paso, TX 79998 | Gecrb/Lowes<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 | Gecrb/Lowes<br>Attention: Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 |

| | | |
|---|---|---|
| High Springs Plumbing<br>P.O. Box 1250<br>High Springs, FL 32655-1250 | Home Depot<br>P.O. Box 183175<br>Columbus, OH 43218-3175 | Hunter Warfield/ABC Supply<br>4620 Woodland Cor Blvd.<br>Tampa, FL 33614-2415 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jackson Bld Supply<br>937 S. Walnut Street<br>Starke, FL 32091-4417 | James E. Ross<br>7981 Fletcher Road<br>Gibson, NC 28343-8525 |
| New River Solid Waste<br>P.O. Box 647<br>Raiford, FL 32083-0647 | North FL Equipment Rental<br>9080 S CR 231<br>Lake Butler, FL 32054-5736 | Prestige Electric<br>15345 NW 194th Street<br>Lake Butler, FL 32054-3510 |
| Protection One<br>P.O. Box 219044<br>Kansas City, MO 64121-9044 | R.O.T Ranch Construction<br>4366 SW 115th Place<br>Lake Butler, FL 32054-8269 | Richard O. Tillis<br>Contracting, Inc.<br>9265 SW 151st Court<br>Lake Butler, FL 32054-7568 |
| Td Banknorth Mortgage<br>32 Chestnut St<br>Lewiston, ME 04240-7799 | Td Banknorth Mortgage<br>Td Bank Na- Attn:<br>Bankruptcy Department<br>Po Box 1377<br>Lewiston, ME 04243-1377 | Thomas Hardware<br>4664 W SR 238<br>Lake Butler, FL 32054-5373 |
| Tracy Mcree<br>13720 SW CR 231<br>Brooker, FL 32622-3812 | Union County Solid Waste<br>21 NE First Street<br>Lake Butler, FL 32054-1701 | Union County Tax Collector<br>55 West Main Street, Room 108<br>Lake Butler FL 32054-1654 |
| United States Attorney<br>501 West Church Street<br>Suite 300<br>Orlando FL 32805-2281 | United States Trustee<br>135 W Central Blvd, Suite 620<br>Orlando, FL 32801-2476 | W.B. Howland<br>610 11th Street<br>Live Oak, FL 32064-3015 |
| Wealth Estates<br>711 NW 23rd Avenue<br>Suite 2<br>Gainesville, FL 32609-8510 | Wilson Heat and Air<br>P.O. Box 531<br>Lake Butler, FL 32054-0531 | Aaron R. Cohen +<br>P.O. Box 4218<br>Jacksonville, FL 32201-4218 |
| Jacob A Brown +<br>Akerman LLP<br>50 North Laura Street<br>Suite 3100<br>Jacksonville, FL 32202-3659 | United States Trustee - JAX 13/7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2217 | Eugene H Johnson +<br>Johnson Law Firm PA<br>300 W Adams Street Ste 400<br>Jacksonville, FL 32202-4342 |
| Kevin Alan Comer +<br>The Law Offices of Daniel C. Consuegra,<br>9204 King Palm Drive<br>Tampa, FL 33619-8331 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | | |
|---|---|---|---|
| BB&T<br>Bankruptcy Dept<br>PO Box 1847<br>Wilson, NC 27894-1847 | Capital 1 Bank<br>Po Box 85520<br>Richmond, VA 23285 | End of Label Matrix<br>Mailable recipients<br>Bypassed recipients<br>Total | 57<br>0<br>57 |

<u>Exhibit A</u>

The Property

A PORTION OF LOT 36 OF A SUBDIVISION OF SECTION 14, TOWNSHIP 10 SOUTH, RANGE 20 EAST, ALACHUA COUNTY, FLORIDA, AS RECORDED IN PLAT BOOK "A", PAGE 28, OF THE PUBLIC RECORDS OF ALACHUA COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE SOUTHWEST CORNER OF SAID LOT 36 AND RUN NORTH 88° 12' 55" EAST ALONG THE SOUTH LINE OF SAID LOT 36, A DISTANCE OF 40.0 FEET TO THE EAST RIGHT OF WAY LINE OF S.E. 35 TH. STREET AND TO THE POINT OF BEGINNING, THENCE CONTINUE RUNNING NORTH 88° 12' 55" EAST ALONG THE SOUTH LINE OF SAID LOT 36, A DISTANCE OF 615.66 FEET TO AN IRON PIPE AT THE SOUTHEAST CORNER OF SAID LOT 36; THENCE RUN NORTH 00° 51' 05" WEST ALONG THE EAST LINE OF SAID LOT 36, A DISTANCE OF 397.10 FEET; THENCE RUN SOUTH 88° 13' 10" WEST, A DISTANCE OF 620.80 FEET TO A POINT ON THE EAST RIGHT OF WAY LINE OF S.E. 35TH STREET; THENCE RUN SOUTH 01° 35' 32" EAST ALONG THE EAST RIGHT OF WAY LINE OF S.E. 35 TH. STREET (THE EAST RIGHT OF WAY LINE OF S.E. 35TH. STREET IS ASSUMED TO RUN SOUTH 01° 35' 32" EAST AND ALL BEARINGS SHOWN HEREON ARE RELATIVE THERETO) A DISTANCE OF 397.10 FEET TO THE POINT OF BEGINNING.

## Exhibit B

The Trustee's Deed

(See Attached)

PREPARED BY AND RETURN TO:
Samuel A. Starkey, Esquire
Akerman LLP
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202

## TRUSTEE'S DEED

**THIS TRUSTEE'S DEED** (this "Deed"), is made as of this ___ day of _____, 2014, by **AARON R. COHEN**, as Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of RICHARD O. TILLIS and DALE W. TILLIS (collectively, the "Debtors"), which is pending in the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division, Case No.: 3:13-bk-04604-PMG, whose address for notice purposes is P.O. Box 4218, Jacksonville, Florida 32201-4218, and **EQUITY TRUST COMPANY CUSTODIAN FBO LAWTON SKIPPER IRA**, whose address for notice purposes is P.O. Box 451340, Westlake, Ohio 44145 (the "Grantee").

**WHEREAS**, the Trustee was duly appointed as the Trustee in bankruptcy of the Debtors' estate and qualified as such and is serving as such; and

**WHEREAS**, the undersigned filed and served in the Debtors' case a Notice of Intent to Sell Property of the Estate at Private Sale (the "Notice"), to sell to Grantee all of the Trustee's rights and the estate's interests in certain real property located in Alachua County, Florida as more particularly described in the Notice and on Exhibit A attached hereto.

**NOW, THEREFORE**, the Trustee in consideration of the sum of Ten and No/100 Dollars ($10.00), and other valuable consideration paid by the Grantee, the receipt and sufficiency of which is hereby acknowledged, does hereby grant, bargain, sell, alien, remise, release, convey and confirm unto Grantee, its successors and assigns, to have and to hold, all of the Trustee's rights and the estate's interests in and to that certain real property, situate, lying and being in Alachua County, Florida, as more particularly described on Exhibit A attached hereto and made a part hereof (the "Land");

**TOGETHER WITH**, all improvements, rights, benefits, privileges, easements, tenements, hereditaments, and appurtenances thereunto belonging or in any wise appertaining to the Land (collectively, the "Property");

**SUBJECT TO**, all matters of record (although reference to such matters shall not serve to extend the same), governmental restrictions, and ad valorem taxes.

By acceptance of this Deed, Grantee agrees that the Trustee is not making and specifically disclaims any warranties or representations of any kind or character, express or implied, with respect to the Property, including, but not limited to, warranties or representations as to matters of title, zoning, tax consequences, physical or environmental conditions, availability of access, ingress or egress, operating history or projections, valuation, governmental approvals, governmental regulations or any other matter or thing relating to or affecting the Property including, without limitation: (i) the value, condition, merchantability, marketability,

{26920693;4}

profitability, suitability or fitness for a particular use or purpose of the Property; (ii) the manner or quality of the construction or materials incorporated into any of the Property; and (iii) the manner, quality, state of repair or lack of repair of the Property. Grantee agrees that with respect to the Property, Grantee has not relied upon and will not rely upon, either directly or indirectly, any representation or warranty of the Trustee or any agent of the Trustee. Grantee represents that Grantee is relying solely on its own expertise and that of Grantee's consultants, and that Grantee has conducted such inspections and investigations of the Property, including but not limited to, the physical and environmental conditions thereof, and is relying upon the same, and is assuming the risk that adverse matters, including but not limited to adverse physical and environmental conditions, may not have been revealed by Grantee's inspections and investigations. Grantee has acknowledged and agreed that the Trustee sells and conveys the Property by this Deed to Grantee, and that Grantee accepts said Property, "AS IS, WHERE IS", with all faults, liens, and encumbrances. Grantee further acknowledges and agrees that there are no oral agreements, warranties or representations by the Trustee, any agent of the Trustee, or any third party, collateral to or affecting the Property.

**IN WITNESS WHEREOF**, Aaron R. Cohen, as Chapter 7 Trustee of the bankruptcy estate of Richard O. Tillis and Dale W. Tillis, has executed this Trustee's Deed.

Signed, sealed and delivered
in the presence of:

_____          _____
Print Name: _____            Aaron R. Cohen, as Chapter 7 Trustee of the estate
                                         of Richard O. Tillis and Dale W. Tillis

_____
Print Name: _____

STATE OF FLORIDA
COUNTY OF _____

The foregoing instrument was executed and acknowledged before me this ___ day of _____, 2014, by Aaron R. Cohen, as Chapter 7 Trustee of the estate of Richard O. Tillis and Dale W. Tillis, who is ( ) personally known to me or ( ) did produce _____ _____ as identification.

_____
Print Name: _____
Notary Public, State of Florida at Large
My Commission Number: _____
My Commission Expires: _____

{26920693;4}

2

Exhibit A

The Property

A PORTION OF LOT 36 OF A SUBDIVISION OF SECTION 14, TOWNSHIP 10 SOUTH, RANGE 20 EAST, ALACHUA COUNTY, FLORIDA, AS RECORDED IN PLAT BOOK "A", PAGE 28, OF THE PUBLIC RECORDS OF ALACHUA COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE SOUTHWEST CORNER OF SAID LOT 36 AND RUN NORTH 88° 12' 55" EAST ALONG THE SOUTH LINE OF SAID LOT 36, A DISTANCE OF 40.0 FEET TO THE EAST RIGHT OF WAY LINE OF S.E. 35 TH. STREET AND TO THE POINT OF BEGINNING, THENCE CONTINUE RUNNING NORTH 88° 12' 55" EAST ALONG THE SOUTH LINE OF SAID LOT 36, A DISTANCE OF 615.66 FEET TO AN IRON PIPE AT THE SOUTHEAST CORNER OF SAID LOT 36; THENCE RUN NORTH 00° 51' 05" WEST ALONG THE EAST LINE OF SAID LOT 36, A DISTANCE OF 397.10 FEET; THENCE RUN SOUTH 88° 13' 10" WEST, A DISTANCE OF 620.80 FEET TO A POINT ON THE EAST RIGHT OF WAY LINE OF S.E. 35TH STREET; THENCE RUN SOUTH 01° 35' 32" EAST ALONG THE EAST RIGHT OF WAY LINE OF S.E. 35 TH. STREET (THE EAST RIGHT OF WAY LINE OF S.E. 35TH. STREET IS ASSUMED TO RUN SOUTH 01° 35' 32" EAST AND ALL BEARINGS SHOWN HEREON ARE RELATIVE THERETO) A DISTANCE OF 397.10 FEET TO THE POINT OF BEGINNING.